<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6810**

KENNETH WAYNE WATFORD,

              Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:15-cv-03756-PJM)

Submitted: November 17, 2016          Decided: November 22, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Wayne Watford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Wayne Watford appeals the district court's order denying his motion for the return of property. We have reviewed the record and find no reversible error. See Fed. R. Crim. P. 41(g). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED